In the Matter of the Application of the Schenectady Railway Company, Respondent, for the Appointment of Commissioners to Determine Whether its Railroad Ought to be Constructed and Operated in Washington Avenue in the City of Schenectady.

Caroline Paige Lansing, Appellant.

*Matter of Schenectady Ry. Co.*, 67 App. Div. 628, affirmed.
(Argued November 13, 1902; decided January 20, 1903.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

February 15, 1902, which confirmed the report of commissioners appointed under section 94 of the Railroad Act.

*Edward Winslow Paige* for appellant.

*Marcus T. Hun, James A. Van Voast, Learned Hand* and *James O. Carr* for respondent.

Order affirmed, with costs ; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Absent: VANN, J.